Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 18−26719−ABA
                       Chapter:  13
                       Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda L. Ramos
   PO Box 2372
   Vineland, NJ 08362

Social Security No.:
   xxx−xx−9375

Employer's Tax I.D. No.:

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 July 17, 2020
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* – Creditor's Certification of Default (related document:53 Order on Motion For Relief From Stay) filed by Peter E. Meltzer on behalf of Truist Bank. Objection deadline is 06/23/2020. (Attachments: # 1 Certificate of Service) (Meltzer, Peter)

and transact such other business as may properly come before the meeting.

Dated: June 10, 2020
JAN: kaj

                                                               Jeanne Naughton
                                                                Clerk