| | |
|---|---|
| **United States Bankruptcy Court**<br>**for the District of New Jersey** | |
| Caption in Compliance with D.N.J. LBR 9004-l(b)<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher Simpson Stapleton Fires & Newby, LLP**<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for Truist Bank | Order Filed on July 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**BRENDA L. RAMOS**<br><br>**Debtor** | Case No.: 18-26719<br>Hearing Date:<br>Judge: Andrew B. Altenburg, Jr<br>Chapter: 13 |

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER CONDITIONALLY VACATING STAY

The relief set forth on the following pages is hereby **ORDERED:**

**DATED: July 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Truist Bank, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is conditionally vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the real property more fully described as: 534 E. Wood Street, Vineland, NJ 08360. PROVIDED THAT, the automatic stay shall not be vacated if Debtor pays Movant the sum of $2,390.52 within 60 days of June 9, 2020 (being the amount set forth as being owed as of June 6, 2020 in the Certificate of Default filed on that date), with standard Movant attorney fees allowed as administrative claim; and stay relief granted automatically upon the filing of a Certification of Default. It will be Debtor's burden to reinstate stay.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-26719-ABA
Brenda L. Ramos                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1                  Date Rcvd: Jul 24, 2020
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db             +Brenda L. Ramos,    PO Box 2372,    Vineland, NJ 08362-2372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Peter E. Meltzer    on behalf of Creditor    Truist Bank pmeltzer@wglaw.com, ibernatski@wglaw.com
              Seymour  Wasserstrum    on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7