Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26719–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brenda L. Ramos
PO Box 2372
Vineland, NJ 08362

Social Security No.:
xxx–xx–9375

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             February 1, 2022
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*85* – Certification in Opposition to (related document:84 Creditor's Certification of Default (related document:69 Motion for Relief from Stay re: 724 Embassy Terrace, Vineland, NJ 08360. Fee Amount $ 181. filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, 72 Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 01/4/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Seymour Wasserstrum on behalf of Brenda L. Ramos. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: January 5, 2022
JAN: kaj

Jeanne Naughton
Clerk