Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−26719−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda L. Ramos
   PO Box 2372
   Vineland, NJ 08362

Social Security No.:
   xxx−xx−9375

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 22, 2022
JAN: har

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                            Case No. 18-26719-ABA
Brenda L. Ramos                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                         Page 1 of 3
Date Rcvd: Feb 22, 2022                           Form ID: 148                                        Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda L. Ramos, PO Box 2372, Vineland, NJ 08362-2372 |
| cr | + | NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517712727 | | Cenlar Mortgage, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 517712729 | + | City Of Vineland, 640 E Wood St, Tax Collector, Vineland, NJ 08360-3722 |
| 517725872 | + | Landis Sewerage Authority, 1776 S Mill Road, Vineland, NJ 08360-6200 |
| 517844002 | + | NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517712735 | + | NJ Housing and Mortgage Finance Agency, Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517712734 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518994958 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517712737 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517842857 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517712725 | | Email/Text: bankruptcy@bbandt.com | Feb 22 2022 23:19:00 | BB&T, Po Box 1847, Wilson, NC 27894 |
| 518756739 | + | Email/Text: bankruptcy@bbandt.com | Feb 22 2022 23:19:00 | BB&T Now Truist, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 517712726 | | EDI: CAPITALONE.COM | Feb 23 2022 04:13:00 | Capital One/GM card, PO Box 85015, Richmond, VA 23285-5015 |
| 517712733 | + | EDI: IRS.COM | Feb 23 2022 04:13:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 517712728 | | EDI: JPMORGANCHASE | Feb 23 2022 04:13:00 | Chase Card Member Services, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 517841550 | | EDI: PRA.COM | Feb 23 2022 04:13:00 | Portfolio Recovery Associates, LLC, c/o GENERAL MOTORS, POB 41067, Norfolk VA 23541 |
| 517712736 | | Email/Text: mtgbk@shellpointmtg.com | Feb 22 2022 23:19:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517712738 | | EDI: TDBANKNORTH.COM | Feb 23 2022 04:13:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |

Case 18-26719-ABA    Doc 98    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 148 | Total Noticed: 23 |

| 517712730 | EDI: USBANKARS.COM | | |
|---|---|---|---|
| | | Feb 23 2022 04:13:00 | Elan Financial Service, 777 E Wisconsin Ave, Milwaukee, WI 53202 |
| 517712739 | EDI: WFFC.COM | | |
| | | Feb 23 2022 04:13:00 | Wells Fargo, PO Box 60510, Los Angeles, CA 90060-0510 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517712732 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 517712731 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 517731149 | * | IRS, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 517725871 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

**Name**          **Email Address**

Denise E. Carlon
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Peter E. Meltzer
on behalf of Creditor Truist Bank pmeltzer@wglaw.com ibernatski@wglaw.com

Rebecca Ann Solarz
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com

Seymour Wasserstrum
on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 148 | Total Noticed: 23 |

William M. E. Powers, III
        on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com

William M.E. Powers
        on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com

William M.E. Powers, III
        on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com

TOTAL: 12