Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26719−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brenda L. Ramos
   724 Embassy Terrace
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−9375

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 29, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 108
Order to Show Cause re: Why Application for Payment of Unclaimed Funds Should Not be Denied. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/29/2022. Show Cause hearing to be held on 9/20/2022 at 10:00 AM at ABA − Courtroom 4B, Camden. (har)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2022
JAN: har

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-26719-ABA

Brenda L. Ramos                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                       Page 1 of 2

Date Rcvd: Aug 29, 2022              Form ID: orderntc              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda L. Ramos, 724 Embassy Terrace, Vineland, NJ 08360-5812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

**Name**                    **Email Address**

Denise E. Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Peter E. Meltzer
    on behalf of Creditor Truist Bank pmeltzer@wglaw.com ibernatski@wglaw.com

Rebecca Ann Solarz

| | |
|---|---|
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | |
| | on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sindi Mncina | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | |
| | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |
| William M.E. Powers | |
| | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |

TOTAL: 12