UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Brenda L. Ramos<br><br><br>Debtor | Case No.: 18-26719<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Hearing Date: September 20, 2022 |

### ORDER TO SHOW CAUSE WHY APPLICATION SHOULD NOT BE DENIED

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: August 29, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Brenda L. Ramos.*
*Case No.: 19-26719-ABA*
Order to Show Cause Why Application Should Not be Denied
Page | 2

___

**THIS MATTER** having come before the court by the debtor's Application for Payment of Unclaimed Funds (Doc. No. 105); and the debtor not having served the Application on the parties specified by DNJ LBR 3011-1(b)(4); and

For good cause shown; it is

**ORDERED** that on September 20, 2022 at 10:00 a.m. the debtor shall show cause why her Application for Payment of Unclaimed Funds should not be denied.

**IT IS FURTHER ORDERED** that if a Certificate of Service showing correct service is filed before September 13, 2022, no appearance shall be necessary.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-26719-ABA

Brenda L. Ramos                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 2

Date Rcvd: Aug 29, 2022            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brenda L. Ramos, 724 Embassy Terrace, Vineland, NJ 08360-5812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                      Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Peter E. Meltzer | on behalf of Creditor Truist Bank pmeltzer@wglaw.com ibernatski@wglaw.com |
| Rebecca Ann Solarz | |

Case 18-26719-ABA    Doc 110    Filed 08/31/22    Entered 09/01/22 00:12:47    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Brenda L. Ramos mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com |

TOTAL: 12