# LAW OFFICES OF SEYMOUR WASSERSTRUM

**ATTORNEYS AT LAW**

| | |
|---|---|
| 205 W. LANDIS AVE | 1040 N. KINGS HWY, SUITE 304 |
| VINELAND, NJ 08360 | CHERRY HILL, NJ 08002 |
| | *Do not mail to this address |
| | |
| SEYMOUR WASSERSTRUM | TELEPHONE: (856) 696-8300 |
| | FACSIMILE: (856) 696-6962 |

September 30, 2022

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

    Re:    Brenda L. Ramos
            Chapter 13 Case No.: 18-26719 ABA
            Withdraw of Certificate of Service

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Certificate of Service which was filed on September 30, 2022 under docket number 113.

Thank you for your kind attention.

                                            Respectfully Submitted,

                                            /s/ Jeangelica Santos
                                                Legal Assistant