UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 29, 2023
by Clerk
U.S. Bankruptcy Court District
of New Jersey

In Re:

Case No.:  _____

Chapter:  _____

Hearing Date:  _____

Judge:  _____

**ORDER DENYING APPLICATON FOR PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is ORDERED.

**DATED: March 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the application filed by _____, and any objections filed, it is

ORDERED that the application is DENIED .

*new.8/1/15*